United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH CEPEDA,<br>Plaintiff,<br>v.<br>CHARLES LIANG, et al.,<br>Defendants. | Case No. 26-cv-07081-EKL<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jacqueline Scott Corley for consideration of whether the case is related to *Bhuva v. Super Micro Computer, Inc.*, No. 3:26-cv-02606-JSC, and *Pill v. Liang*, No. 3:26-cv-04775-JSC.

**IT IS SO ORDERED.**

Dated: July 27, 2026

EUMI K. LEE
United States District Judge